```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  10/21/2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
SECURITIES AND EXCHANGE                                       :
COMMISSION,                                                   :
                                    Plaintiff,   :   13-CV-2010 (VEC)
                                                              :
            -against-                             :   ORDER
                                                              :
MATTHEW G. TEEPLE, DAVID T. RILEY, and :
JOHN V. JOHNSON,                                              :
                                    Defendants.  :
                                                              :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

     It is hereby ORDERED that all parties appear for a status conference on November 7, 2014, at 10:00 a.m., in Courtroom 443 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007.  The parties should be prepared to set a schedule for discovery or motions for summary judgment.

**SO ORDERED.**

Date: October 21, 2014            **VALERIE CAPRONI**
      New York, NY            **United States District Judge**