```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
SECURITIES AND EXCHANGE                                      :
COMMISSION,                                                  :
                                     Plaintiff,              :    13-CV-2010 (VEC)
                                                             :
                    -against-                                :    ORDER
                                                             :
MATTHEW G. TEEPLE, DAVID T. RILEY, and                       :
JOHN V. JOHNSON,                                             :
                                     Defendants.             :
                                                             :
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:     11/7/2014

VALERIE CAPRONI, United States District Judge:

WHEREAS at the Court's conference of November 7, 2014, the parties agreed that no discovery was necessary and stipulated to a summary judgment briefing schedule, it is hereby ORDERED that:

1. This case is no longer stayed.

2. Plaintiff's motions for summary judgment, if any, shall be submitted no later than February 27, 2015.  Defendants' responses shall be submitted no later than March 20, 2015, and Plaintiff's reply no later than March 27, 2015.

**SO ORDERED.**

Date:  November 7, 2014
       New York, NY

**VALERIE CAPRONI
United States District Judge**